# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00047-CV

### In re Delia Garza, County Attorney, Travis County, Texas

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a motion for voluntary withdrawal of the petition for writ of mandamus and emergency motion for temporary stay. Accordingly, we grant the motion and dismiss the petition for writ of mandamus and the motion for emergency temporary relief. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Triana and Crump

Filed: January 31, 2025